IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LORETTA A. WILLIAMS                                             PLAINTIFF

vs.                             CIVIL NO. 05-4038

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION                    DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 24th day of July 2006.

                                      /s/ Bobby E. Shepherd
                                  HONORABLE BOBBY E. SHEPHERD
                                  UNITED STATES MAGISTRATE JUDGE